# ATTACHMENT A

## To

## Request for Immediate Discovery Conference

# Richard Braun

| | |
|---|---|
| **From:** | Richard Braun <rbraun@braunlawassociates.com> |
| **Sent:** | Tuesday, February 16, 2016 12:43 PM |
| **To:** | Baugh, Mark (mbaugh@bakerdonelson.com) |
| **Subject:** | block v meharry |

Mark,

Hodge and Brady are now switched; Hodge will be on March 3 and Brady on March 4. Your response to plaintiff's fifth request for production is about due. How are you coming with the electronically stored information on former Dean Southerland's computer?

Sincerely,
*Richard a/k/a harasser in chief*

BRAUN &amp; ~~~~~~~~~, PLLC
501 Union Street, Suite 500, Nashville, TN 37219
Office: (615) 259-1550
Toll Free: (888) 665-4902
Fax: (615) 259-2524
Email: rbraun@braunlawassociates.com
Web: www.braunlawassociates.com
*Please consider the environment before printing this email*

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION**

**DO NOT FORWARD WITHOUT PERMISSION**
This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. Your receipt of this e-mail is not intended to waive any applicable privilege. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone. Thank you.

To ensure compliance with requirements imposed by the IRS, we must inform you that, unless specifically indicated otherwise, this message (including any attachments) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (a) avoiding U.S. Tax-related penalties or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.

# Richard Braun

| | |
|---|---|
| **From:** | Richard Braun <rbraun@braunlawassociates.com> |
| **Sent:** | Friday, March 04, 2016 10:27 AM |
| **To:** | 'Vincent, Nancy' |
| **Cc:** | 'Parker, Casey' |
| **Subject:** | RE: Re: block v. meharry |

Thank you.

Sincerely,
*Richard*

BRAUN & ASSOCIATES, PLLC
501 Union Street, Suite 500, Nashville, TN 37219
Office:   (615) 259-1550
Toll Free:   (888) 665-4902
Fax:   (615) 259-2524
Email:   rbraun@braunlawassociates.com
Web:   www.braunlawassociates.com
*Please consider the environment before printing this email*

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION

DO NOT FORWARD WITHOUT PERMISSION
This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. Your receipt of this e-mail is not intended to waive any applicable privilege. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone. Thank you.

To ensure compliance with requirements imposed by the IRS, we must inform you that, unless specifically indicated otherwise, this message (including any attachments) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (a) avoiding U.S. Tax-related penalties or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Vincent, Nancy [mailto:nvincent@bakerdonelson.com]
**Sent:** Friday, March 04, 2016 9:07 AM
**To:** Richard Braun
**Cc:** Parker, Casey
**Subject:** Re: block v. meharry

I will look into it this morning. Thx.

Sent from my iPhone

On Mar 4, 2016, at 9:05 AM, Richard Braun <rbraun@braunlawassociates.com> wrote:

> Can you let me know the status of your responses to the fifth request for production which include reprimands and cvs. Our expert needs the cvs to prepare his opinion. Because of the delay we will need a couple extra weeks on the expert report deadline and we will likewise extend your expert deadline. Please let me know the status. The response is now more than two weeks overdue. Thank you.
>
> Sincerely,
>   *Richard*
>
> <image003.jpg>, PLLC
> 501 Union Street, Suite 500, Nashville, TN 37219

1

Page 3 of 9
Attachment A
To Request for Immediate Discovery Conference

Office: (615) 259-1550
Toll Free: (888) 665-4902
Fax: (615) 259-2524
Email: rbraun@braunlawassociates.com
Web: www.braunlawassociates.com
*Please consider the environment before printing this email* 

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION**

**DO NOT FORWARD WITHOUT PERMISSION**
This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. Your receipt of this e-mail is not intended to waive any applicable privilege. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone. Thank you.

To ensure compliance with requirements imposed by the IRS, we must inform you that, unless specifically indicated otherwise, this message (including any attachments) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (a) avoiding U.S. Tax-related penalties or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

| | |
|---|---|
| **From:** | Richard Braun <rbraun@braunlawassociates.com> |
| **Sent:** | Monday, March 07, 2016 12:56 PM |
| **To:** | 'Vincent, Nancy' |
| **Cc:** | 'Parker, Casey' |
| **Subject:** | Re: block v. meharry |

I will need it before the Southerland depo in time to review and use. Let's see if your trial settles on the courthouse steps.

Sincerely,
Richard

Braun, PLLC

501 Union Street, Suite 500, Nashville, TN 37219
Office: (615) 259-1550
Toll Free: (888) 665-4902
Fax: (615) 259-2524
Email: rbraun@braunlawassociates.com
Web: www.braunlawassociates.com
Please consider the environment before printing this email

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION

DO NOT FORWARD WITHOUT PERMISSION
This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. Your receipt of this e-mail is not intended to waive any applicable privilege. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone. Thank you.

To ensure compliance with requirements imposed by the IRS, we must inform you that, unless specifically indicated otherwise, this message (including any attachments) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (a) avoiding U.S. Tax-related penalties or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Vincent, Nancy [mailto:nvincent@bakerdonelson.com]
**Sent:** Monday, March 07, 2016 12:41 PM
**To:** Richard Braun
**Cc:** Parker, Casey
**Subject:** ***SPAM*** Re: block v. meharry

Richard, apologies. All 3 of us start trial tomorrow. Can we get it to you promptly after trial? In about a week?

Sent from my iPhone

On Mar 7, 2016, at 12:38 PM, Richard Braun <rbraun@braunlawassociates.com> wrote:

> Any word yet?
>
> Sincerely,
> Richard
>
> <image002.jpg>, PLLC
>
> 501 Union Street, Suite 500, Nashville, TN 37219
> Office: (615) 259-1550
> Toll Free: (888) 665-4902
> Fax: (615) 259-2524
> Email: rbraun@braunlawassociates.com

Web: www.braunlawassociates.com
Please consider the environment before printing this email

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION

DO NOT FORWARD WITHOUT PERMISSION
This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. Your receipt of this e-mail is not intended to waive any applicable privilege. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone. Thank you.

To ensure compliance with requirements imposed by the IRS, we must inform you that, unless specifically indicated otherwise, this message (including any attachments) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (a) avoiding U.S. Tax-related penalties or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Richard Braun [mailto:rbraun@braunlawassociates.com]
**Sent:** Friday, March 04, 2016 10:27 AM
**To:** 'Vincent, Nancy'
**Cc:** 'Parker, Casey'
**Subject:** RE: Re: block v. meharry

Thank you.

Sincerely,
*Richard*

, PLLC

501 Union Street, Suite 500, Nashville, TN 37219
Office: (615) 259-1550
Toll Free: (888) 665-4902
Fax: (615) 259-2524
Email: rbraun@braunlawassociates.com
Web: www.braunlawassociates.com
Please consider the environment before printing this email

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION

DO NOT FORWARD WITHOUT PERMISSION
This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. Your receipt of this e-mail is not intended to waive any applicable privilege. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone. Thank you.

To ensure compliance with requirements imposed by the IRS, we must inform you that, unless specifically indicated otherwise, this message (including any attachments) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (a) avoiding U.S. Tax-related penalties or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Vincent, Nancy [mailto:nvincent@bakerdonelson.com]
**Sent:** Friday, March 04, 2016 9:07 AM
**To:** Richard Braun
**Cc:** Parker, Casey
**Subject:** Re: block v. meharry

I will look into it this morning. Thx.

Sent from my iPhone

On Mar 4, 2016, at 9:05 AM, Richard Braun <rbraun@braunlawassociates.com> wrote:

> Can you let me know the status of your responses to the fifth request for production which include reprimands and cvs. Our expert needs the cvs to prepare his opinion. Because of the delay we will need a couple extra weeks on the expert report

deadline and we will likewise extend your expert deadline. Please let me know the status. The response is now more than two weeks overdue. Thank you.

Sincerely,
*Richard*

<image003.jpg>, PLLC

501 Union Street, Suite 500, Nashville, TN 37219
Office:     (615) 259-1550
Toll Free:          (888) 665-4902
Fax:        (615) 259-2524
Email:      rbraun@braunlawassociates.com
Web:        www.braunlawassociates.com

*Please consider the environment before printing this email*

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION**

**DO NOT FORWARD WITHOUT PERMISSION**
This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. Your receipt of this e-mail is not intended to waive any applicable privilege. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone. Thank you.

To ensure compliance with requirements imposed by the IRS, we must inform you that, unless specifically indicated otherwise, this message (including any attachments) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (a) avoiding U.S. Tax-related penalties or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

# Richard Braun

To:         Parker, Casey (cparker@bakerdonelson.com)
Cc:         Vincent, Nancy (nvincent@bakerdonelson.com)
Subject:   Block v. Meharry

Counsel,

I am becoming concerned about the delay in discovery. Our expert needs the cv's of the full professors to review and prepare his report due on April 1. We received a disc with documents some of which were perplexing. The letter gave no indication of what the additional documents were responsive to. I have no idea the reason for the production of a music director at the Baptist Church or promotion and tenure documents for the University of North Carolina or a Paying for College Guide or a Health and Human Services Senate Bill.

But I do need the Southerland esi and the documents and esi responsive to the Fifth Request for Production. I need these in time to review prior to the Southerland deposition scheduled for next Monday March 14. Right now you have given me no idea when these materials will be provided to me. I will have no choice but to file for a discovery conference and alert Judge Bryant to this problem if we can't resolve it.

Please let me hear from you.

Sincerely,
*Richard*

BRAUN & ASSOCIATES, PLLC
501 Union Street, Suite 500, Nashville, TN 37219
Office:    (615) 259-1550
Toll Free: (888) 665-4902
Fax:      (615) 259-2524
Email:    rbraun@braunlawassociates.com
Web:     www.braunlawassociates.com
Please consider the environment before printing this email

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION

DO NOT FORWARD WITHOUT PERMISSION
This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. Your receipt of this e-mail is not intended to waive any applicable privilege. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by telephone. Thank you.

To ensure compliance with requirements imposed by the IRS, we must inform you that, unless specifically indicated otherwise, this message (including any attachments) was not intended or written to be used, and cannot be used, by the addressee or any other person for the purpose of (a) avoiding U.S. Tax-related penalties or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.

# Richard Braun

| | |
|---|---|
| From: | Parker, Casey <cparker@bakerdonelson.com> |
| Sent: | Tuesday, March 08, 2016 1:09 PM |
| To: | Richard Braun |
| Subject: | Automatic reply: Block v. Meharry |

I will be in trial the rest of the week. Should you need immediate assistance, please contact my assistant, Deborah Wilson, at 615.726.5785 or dwilson@bakerdonelson.com. Thanks.

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.