# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROBERT M. BLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-0204 |
| ) | |
| MEHARRY MEDICAL COLLEGE, ) | Judge Sharp |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

Magistrate Judge Bryant entered a Report and Recommendation ("R&R") (Docket No. 73) on May 26, 2016 denying both Plaintiff's initial motion for leave to amend his complaint and his amended motion for leave to amend his complaint. There have been no objections filed. After a thorough review, the Court concludes that the R&R is neither "clearly erroneous" nor "contrary to law." Fed. R. Civ. P. 72(a). It is hereby accepted and approved.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE