# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| ROBERT BLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-CV-00204 |
| ) | |
| MEHARRY MEDICAL COLLEGE, ) | Judge Sharp |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## ORDER

Pending before the Court is Defendant Meharry Medical College's Motion for Summary Judgment on Plaintiff Robert Block's claims for discrimination and retaliation under Title VII of the Civil Rights Act of 1964. (Docket No. 75). Plaintiff Robert Block filed a Response (Docket No. 95). Defendant Meharry then filed a Reply. (Docket No. 98).

For the reasons explained in the accompanying Memorandum, the Court GRANTS Defendant's Motion for Summary Judgment on all claims.

Entry of this Order shall constitute the judgment in this action.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE